■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORINNE JOHNSON, Appellant. [635 NYS2d 507] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered July 21, 1993, convicting her of criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the People failed to prove her guilt beyond a reasonable doubt in that the People failed to prove that she knew that the bearer bonds in question were stolen or lost. However, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Duuvon,* 77 NY2d 541). Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's challenges to the court's *Allen* charge *(see, Allen v United States,* 164 US 492) are unpreserved for appellate review *(see,* CPL 470.05 [2]) and we decline to review them in the exercise of our interest of justice jurisdiction. Mangano, P. J., Balletta, Copertino and Hart, JJ., concur.